**FENNEMORE CRAIG, P.C.**
John D. Tennert, III (NV Bar No. 11728)
Therese M. Shanks (NV Bar No. 12890)
7800 Rancharrah Parkway
Reno, Nevada 89511
Phone: (775) 788-2200
Facsimile: (775) 788-2267
Email: jtennert@fennemorelaw.com
Email: tshanks@fennemorelaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SCHMIDT SKOGMO, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREATER NEVADA CREDIT UNION, and DOES 1 through 5, inclusive,<br><br>Defendants. | Case Number:  3:21-cv-00384-LGH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff LINDA SCHMIDT SKOGMO ("Skogmo") and defendant GREATER NEVADA CREDIT UNION ("GNCU"), stipulate and agree as follows:

1. Skogmo served a copy of the Complaint (ECF #1) on GNCU on October 1, 2021.

2. GNCU's time to file an answer and/or dispositive motion is October 22, 2021.

3. The allegations in the Complaint require GNCU to conduct to an extensive review of its records in order to adequately respond.  Accordingly, GNCU has requested, and Skogmo has agreed to provide, an extension of time for GNCU to respond.

/////

/////

/////

4. The parties agree that GNCU shall have until November 29, 2021 to respond to the Complaint.

DATED: this 15th day of October, 2021.

| MCCUNE WRIGHT AREVALO, LLP | FENNEMORE CRAIG, P.C. |
|---|---|
| By: /s/ Emily J. Kirk<br>Richard D. McCune (Admitted Pro Hac)<br>David C. Wright (Admitted Pro Hac)<br>Emily J. Kirk (Admitted Pro Hac)<br>3281 E. Guasti Road, Suite 100<br>Ontario, California 91761 | By: /s/ Therese M. Shanks<br>John D. Tennert, III (NV Bar No. 11728)<br>Therese M. Shanks (NV Bar No. 12890)<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br>*Attorneys for Defendant* |

-AND-

Gregory G. Gordon (NV Bar No. 5334)
Gregory Gordon Law, P.C.
4795 South Durango Drive
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2021            .